ACCEPTED
03-15-00334-CR
6194918
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/23/2015 12:46:15 PM
JEFFREY D. KYLE
CLERK

# Cause No. 03-15-00334-CR

## In The Third Court of Appeals
## Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/23/2015 12:46:15 PM
JEFFREY D. KYLE
Clerk

## Ex parte Moses Martinez

## Original Proceeding from the County Court #2 of Bell County
## The Honorable John Mischtian, Presiding

## Appellant's Motion to Extend Time

Jose "Chito" Vela III
SBN: 24048859
Walker Gates Vela PLLC
505 E Huntland Dr Ste 300
Austin, Texas 78752
Tel: 512.633.1785
Fax: 512.615.3366
Email: chito.v@walkergatesvela.com

Attorney for Appellant

Comes now, Jose Vela III, on behalf of Appellant Moses Martinez and files this motion to extend time pursuant to Texas Rule of Appellate Procedure 10.5(b) and in support of the motion states:

1. Appellant's brief was due June 22, 2015. Due to a calendaring error, a motion to extend time was not timely filed before June 22, 2015.

2. Appellant contacted the court reporter to request the record on June 8, 2015. The court reporter replied on June 12, 2015 and provided an invoice. However, the client was unable to pay the invoice until July 14, 2015.

3. The court reporter has confirmed receipt of the payment and should have the record prepared by August 1, 2015. Correspondence between counsel and the court reporter is attached to this motion as Exhibit A.

4. Appellant requests that the deadline for filing Appellant's brief be extended until August 28, 2015 so as to give the court reporter enough time to prepare the record and give counsel enough time to review the record and prepare his brief.

5. This is the first extension requested by Appellant.

Respectfully Submitted,

Jose "Chito" Vela III
SBN: 24048859

Walker Gates Vela PLLC
505 E Huntland Dr Ste 300
Austin, Texas 78752
Tel: 512.633.1785
Fax: 512.615.3366
Email: chito.v@walkergatesvela.com

Certificate of Service.

By my signature above, I certify that this document was faxed to the Bell County Attorney's Office on this __2 3__ day of _____July_____ 2015.

3

Exhibit A

**Chito Vela**

---

**From:** Shannon Adler <txcsr66@yahoo.com>
**Sent:** Wednesday, July 22, 2015 9:53 AM
**To:** Chito Vela
**Subject:** Re: Court reporter's record for Moises Martinez writ of habeas corpus, 2C11-07750 Bell County

I've been out of the office for a week, and did get the check today. I've tried to get the COA # for the case, but can't find it. Do you happen to have it? I should have it finished and sent off to the Court of Appeals within a week.
Thank you,

*Shannon Adler, CSR*
*254-933-5385 (office)*
*254-535-5628 (cell)*

On Tuesday, July 21, 2015 2:25 PM, Chito Vela <chito.v@walkergatesvela.com> wrote:

Just wanted to make sure you got the payment and find out when the record will be ready. Please let me know.

Chito Vela

**From:** Chito Vela
**Sent:** Monday, July 06, 2015 3:46 PM
**To:** 'Shannon Adler' <txcsr66@yahoo.com>
**Subject:** RE: Court reporter's record for Moises Martinez writ of habeas corpus, 2C11-07750 Bell County

Hello again,

Sorry for the delay, client will bring the $415 tomorrow and I will mail you a check as soon as he brings the money. Thanks.

Chito Vela

**From:** Shannon Adler [mailto:txcsr66@yahoo.com]
**Sent:** Friday, June 12, 2015 9:22 AM
**To:** Chito Vela
**Subject:** Re: Court reporter's record for Moises Martinez writ of habeas corpus, 2C11-07750 Bell County

Dear Mr. Vela,

Attached is the invoice for the Reporter's Record taken in the case of Moises Martinez. Your email will suffice as a request for the Record.

You may send payment to me at PO Box 1192, Belton, TX 76513. I will not begin the transcript until I receive payment.

Thank you,

*Shannon Adler, CSR*
*254-933-5385  (office)*
*254-535-5628 (cell)*

On Monday, June 8, 2015 3:21 PM, Chito Vela <chito.v@walkergatesvela.com> wrote:

Ms. Shannon Adler,

I represent Moises Martinez in his appeal and would like you to prepare the record. Do you need a formal letter or will this email suffice? Could you send an invoice so I can get payment from my client? My assistant told me it would be about $400. Thanks.

Sincerely,

Jose "Chito" Vela III
Attorney

**OFFICE** 512-270-2913
**FAX**    512-615-3366

Email: chito.v@walkergatesvela.com



**Walker Gates ⊙ Vela**
PLLC • ATTORNEYS *at* LAW
505 E. Huntland Dr., Suite 300 Austin, TX • 78752

5



**Walker Gates ∘ Vela**
PLLC • ATTORNEYS at LAW
535 E. Huntland Dr., Suite 300 Austin, TX • 78752

July 14, 2015

Shanon Adler, CSR
PO Box 1192
Belton, TX 76513

RE: Transcript in Cause No 2C11-07750, State v. Moses Martinez

Ms. Adler,

Enclose d is a check for $415 for the reporters record in the above case. Please let me know as soon as it is ready

Sincerely,

Jose Vera III
Chito.v walkergatesvela.com

6

Shannon Adler, CSR
PO Box 1192
Belton, TX 76513
254-535-5628

June 12, 2015

To:     Mr. Jose Vela, III
        505 Huntland Drive
        Suite 300
        Austin, TX 78752

In Re: Cause No. 2C11-07750
          MOISES MARTINEZ

---

The original and one copy of the Reporter's Record taken in the
above numbered and styled case -------------------------------- $415.00

If you would like a pdf file of this Record, please add an
additional $15.00 to the total.

Total Due ------------------------------------------------------ $415.00

Thank you.

7

∞

**Walker Gates Vela, PLLC**
IOLTA Account
505 E. Huntland Dr, Ste 300
Austin, TX 78752

30-9/1140

1447

DATE _7/14_

PAY TO
THE ORDER OF _Shanon Adler, CSR_     $ _415.00_

_Four Hundred Fifteen_ ———————— DOLLARS

☀ Frost

MEMO _Reporters Record  2011-07750_

AUTHORIZED SIGNATURE

⑂001447⑂ ⑈114000044⑈  57463733⑈

MP